JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL E. METZLER,<br><br>       Petitioner,<br><br>       v.<br><br>L.E. SCRIBNER, Warden,<br><br>       Respondent. | No. SA CV 07-412-FMC (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Feb. 11, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE